1  Robert F. Brennan, Esq. [S.B. #132449]
   **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2  2103 Montrose Avenue, Suite D
   Montrose, CA 91020
3  Tel.: (818) 249-5291
   Fax: (818) 249-4329
4  Email: rbrennan@brennanlaw.com

5
   Attorney for Plaintiff
6  MATTHEW NYDEN

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MATTHEW NYDEN, an Individual,        )  Case No. 2:17-cv-8695-RGK-FFMx
                                         )  Hon. R. Gary Klausner
12                    Plaintiff,         )
                                         )  **PLAINTIFF'S NOTICE OF MOTION**
13        vs.                            )  **AND MOTION FOR LEAVE TO**
                                         )  **FILE FIRST AMENDED**
14                                       )  **COMPLAINT; MEMORANDUM OF**
                                         )  **POINT AND AUTHORITIES;**
15  FIRST ADVANTAGE BACKGROUND )  **DECLARATION OF ROBERT F.**
    SERVICES, CORP., a corporation; and  )  **BRENNAN; EXHIBIT**
16  DOES 1-25, Inclusive,                )
                                         )
17                                       )
                    Defendants.          )
18                                       )  Date:   February 12, 2018
                                         )  Time:  9:00 a.m.
19  _____  )  Courtroom: 850

20

21

22

23

24

25

26

27

28

---

PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 12, 2018 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 850 of the above-entitled Court, located at 255 Temple Street, Los Angeles, CA 90012, Plaintiff Matthew Nyden will and hereby does move the Court, pursuant to Fed. R. Civ. P. 15(a)(2), for an order granting Plaintiff leave to file his First Amended Complaint, a copy of which is attached as Exhibit A. This motion is made on the grounds that Plaintiff wishes to add a new defendant in the action, Wells Fargo Bank, N.A., in a new Fifth Cause of Action alleging adverse employment actions in violation of public policy.

This motion is made following attempts by Plaintiff's counsel to meet and confer with counsel for the existing Defendant First Advantage Background Services Corp. ("First Advantage") pursuant to L.R. 7-3. Counsel for First Advantage advised Plaintiff's counsel that no opposition to this motion will be filed. (However, counsel could not stipulate because Wells Fargo is a client of counsel's law firm.) (Brennan Decl., ¶ 4.)

Since First Advantage is the only Defendant currently in the action and has consented to the filing of the First Amended Complaint, Plaintiff notes that this Court could grant the motion without a hearing.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Robert F. Brennan, the First Amended Complaint attached thereto as Exhibit A, the record of this case, and any further evidence or argument the Court may wish to entertain.

Dated: January 9, 2018

**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**


By:   */s/ Robert F. Brennan*

Robert F. Brennan
Attorney for Plaintiff
MATTHEW NYDEN

1

---

PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

By the present motion, Plaintiff Matthew Nyden seeks leave of court to file his First Amended Complaint, which adds Wells Fargo Bank, N.A. ("Wells Fargo") as a defendant. Wells Fargo is named in a proposed new, Fifth Cause of Action, alleging adverse employment action against Mr. Nyden in violation of public policy. (Brennan Decl., Exhibit A.) Mr. Nyden is an employee of Wells Fargo and was removed from a securities licensing program in which he was enrolled because of obsolete information appearing in a background check provided to Wells Fargo by Defendant First Advantage Background Services Corp. ("First Advantage").

Counsel for First Advantage has advised Plaintiff's counsel that no opposition to this motion will be filed. (However, counsel could not stipulate because Wells Fargo is a client of counsel's law firm.) (Brennan Decl., ¶ 4.)

For the reasons stated herein, Plaintiff respectfully requests that this motion be granted.

## II. STATEMENT OF FACTS

In February 2016, Plaintiff Matthew Nyden discovered that he had been removed from a securities licensing program in which he was enrolled through his employer, proposed defendant Wells Fargo, because of obsolete information appearing in a background check provided to Wells Fargo by Defendant First Advantage. First Advantage is in the business of providing detailed information about consumers to its subscribers. Under the California Investigative Consumer Reporting Agencies Act, First Advantage is an "investigative consumer reporting agency" that issues investigative consumer reports about consumers. *Civil Code* § 1786.2(b)-(d).

First Advantage reported outdated arrest information concerning Mr. Nyden that was more than 17 years old. The time limit to report arrests is 7 years. Plaintiff's livelihood depends on a clean background check to succeed in the banking industry

2

1  and, therefore, it is vital to him that only legally permissible information appear on

2  any reports provided by First Advantage. First Advantage refuses to remove the

3  obsolete information from Mr. Nyden's personal profile.

4       Plaintiff alleges four causes of action against First Advantage: (1) violation of

5  the California Investigative Consumer Reporting Agencies Act; (2) violation of the

6  Fair Credit Reporting Act; (3) violation of the California Consumer Credit Reporting

7  Agencies Act; and (4) violation of California's Business and Profession Code §

8  17200.

9       In Plaintiff's proposed First Amended Complaint, a Fifth Cause of Action is

10 added alleging adverse employment actions in violation of public policy against Wells

11 Fargo.[1]

12

13 **III. <u>ARGUMENT</u>**

14 **A. <u>THIS COURT HAS THE AUTHORITY TO GRANT PLAINTIFF</u>**

15 **<u>LEAVE TO FILE A FIRST AMENDED COMPLAINT.</u>**

16      Fed. R. Civ. P. Rule 15(a) governs amendments to pleadings before trial. Since

17 the time limit under Rule 15(a)(1) (amending as a matter course) has passed for

18 Plaintiff, subdivision (a)(2) applies: "In all other cases, a party may amend its

19 pleading only with the opposing party's written consent or the court's leave. The

20 court should freely give leave when justice so requires." Rule 15(a)(2).

21

22 **B. <u>FEDERAL COURTS LIBERALLY PERMIT AMENDED</u>**

23 **<u>PLEADINGS.</u>**

24      Amendments to pleadings should be allowed with "extreme liberality."

25 *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). Four

26 _____

27 [1] In addition to adding the cause of action against Wells Fargo, the First Amended
Complaint includes minor, non-substantive typographical corrections throughout.

28 Counsel for First Advantage has expressed no disagreement with these minor
corrections.

factors guide a court's determination of whether a motion to amend should be granted: (1) undue delay; (2) bad faith; (3) futility of the amendment; and (4) prejudice to the opposing party. *Hurn v. Retirement Fund Trust of Plumbing*, 648 F.2d 1252, 1254 (9th Cir. 1981).

### C. IT FURTHERS JUSTICE TO PERMIT PLAINTIFF TO FILE AN AMENDED COMPLAINT IN THIS ACTION.

#### 1. This Motion is Timely Made.

This action was originally filed in California Superior Court on October 27, 2017. The case was recently removed to this Court with Notice of Case Assignment filed December 4, 2017. (Docket Entry 8.) The case is at the stage of initial disclosures. Accordingly, Plaintiff's motion is timely made.

#### 2. The Amendment is Made in Good Faith.

There is nothing to suggest any bad faith in Plaintiff amending his Complaint to name his employer, Wells Fargo, as an additional defendant in a new cause of action.

#### 3. The Proposed Amended Complaint is Meritorious.

The new Fifth Cause of Action alleges that Plaintiff's employer Wells Fargo wrongfully removed him from its securities licensing program. Wells Fargo's action was wrongful because it was based on obsolete information provided by First Advantage in violation of public policy as reflected in the California Investigative Consumer Reporting Agencies Act (*Civil Code* § 1786 et seq.), the federal Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.), the California's Consumer Credit Reporting Agencies Act (*Civil Code* § 1785.1 et seq.), California *Business & Professions Code* § 17200, and California *Labor Code* § 432.7(a) (no employer shall

4

ask an applicant to disclose information concerning an arrest or detention which did not result in conviction). (First Amended Complaint, ¶¶ 27-29.) Plaintiff seeks reinstatement into Wells Fargo's securities licensing program as his remedy. (First Amended Complaint, ¶ 30.) Accordingly, the cause of action against Wells Fargo for adverse employment action in violation of public policy is meritorious.

## 4. Defendant First Advantage is Not Prejudiced.

Defendant First Advantage is not named in the new Fifth Cause of Action. Counsel for First Advantage has advised that no opposition to this motion will be filed. (Brennan Decl., ¶ 4.)

## IV. CONCLUSION

For the above-stated reasons, Plaintiff respectfully requests that the Court issue an Order granting Plaintiff leave to file his First Amended Complaint. Since First Advantage is the only Defendant currently in the action and has consented to the filing of the First Amended Complaint, Plaintiff notes that this Court could grant the motion without a hearing. The accompanying proposed Order is worded accordingly.

Respectfully submitted,

Dated:  January 9, 2018          **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By:   */s/ Robert F. Brennan*

Robert F. Brennan
Attorney for Plaintiff
MATTHEW NYDEN

5

# DECLARATION OF ROBERT F. BRENNAN

I, Robert F. Brennan, declare:

1. I am Plaintiff Matthew Nyden's counsel in this matter, and if called upon to testify to the matters set forth in this declaration, I could do so truthfully and competently from personal knowledge.

2. Attached hereto as Exhibit A is the proposed First Amended Complaint. The only substantive change is the addition of the Fifth Cause of Action against Plaintiff's employer, Wells Fargo Bank, which will be a newly named Defendant. This new cause of action alleges that Wells Fargo wrongfully removed Plaintiff from its securities licensing program based on obsolete information provided by Defendant First Advantage Background Services Corp. ("First Advantage") in violation of public policy.

3. Other than this new cause of action, the First Amended Complaint is substantively identical to the prior pleading. The First Amended Complaint includes minor, non-substantive typographical corrections throughout. Counsel for First Advantage has expressed no disagreement with these minor corrections.

4. **Meet and Confer Requirement Satisfied:** Prior to filing this motion, I requested that counsel for First Advantage stipulate to Plaintiff's filing the First Amended Complaint. By email dated January 5, 2018, Esther Slater, counsel for First Advantage advised that First Advantage would not be opposing the motion, but could not stipulate. (Ms. Slater noted that Wells Fargo is a major client of her firm.)

Executed this 9th day of January, 2018 at Montrose, California. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

*/s/ Robert F. Brennan*

Robert F. Brennan

PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT